# JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

| Agatha R. McHale | 8125 ADAMS DRIVE, SUITE A | Douglas R. Roeder |
|---|---|---|
| Attorney at Law | HUMMELSTOWN, PA 17036 | Attorney at Law |

TELEPHONE (717) 566-6097
FAX (717) 566-8313
E-MAIL: info@pamd13trustee.com

October 20, 2023

Office of the United States Trustee
Attn: Troy D. Sellars, AUST
228 Walnut St., Suite 1190
Harrisburg, PA 17101

*In re: Dunbar-Yancey*
Case No. 1:23-02318-HWV

Dear Mr. Sellars:

I respectfully reject assignment of this case, filed on October 9, 2023. Mrs. Dunbar-Yancey is a case administrator for the Clerk of Bankruptcy Court for the Middle District of Pennsylvania.

Very truly yours,

/s/

Jack N. Zaharopoulos
Standing Chapter 13 Trustee